# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

Nos. 23-1169 & 23-1170

_____

In re: The Hertz Corporation, et al., Reorganized Debtors

Wells Fargo Bank, N.A., as Indenture Trustee

Appellant in 23-1169

v.

The Hertz Corporation; Dollar Rent A Car, Inc.; Dollar Thrifty Automotive Group, Inc.; Donlen Corporation; DTG Operations, Inc.; DTG Supply, LLC; Firefly Rent A Car LLC; Hertz Car Sales LLC; Hertz Global Services Corporation; Hertz Local Edition Corp.; Hertz Local Edition Transporting, Inc.; Hertz System, Inc.; Hertz Technologies, Inc.; Hertz Transporting, Inc.; Rental Car Group Company, LLC; Smartz Vehicle Rental Corporation; Thrifty Car Sales, Inc.; Thrifty, LLC; Thrifty Insurance Agency, Inc.; Thrifty Rent A Car System, LLC; and TRAC Asia Pacific, Inc.

U.S. Bank National Association, as Indenture Trustee,

Appellant in 23-1170

v.

The Hertz Corporation

(D. Del. No. 21-50995)

Present:  KRAUSE, PORTER, and AMBRO, <u>Circuit Judges</u>

_____ORDER_____

The amended opinion filed September 25, 2024, is hereby vacated.  The Clerk shall file the further amended opinion, which includes a modified footnote 20 and an added last full paragraph and footnote 25 immediately before the opinion's conclusion. As the amendments do not affect the judgment, no party may file a petition for rehearing.

By the Court,

<u>s/Thomas L. Ambro</u>
Circuit Judge

Dated: November 6, 2024
Lmr/cc: All Counsel of Record